GLENN E. SOLOMON (State Bar No. 155674)
E-Mail:   gsolomon@health-law.com
DEVIN M. SENELICK (State Bar No. 221478)
E-Mail:   dsenelick@health-law.com
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California  90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

Attorneys for Plaintiff Cedars-Sinai
Medical Center

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDARS-SINAI MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>GLOBAL EXCEL MANAGEMENT INC., a Canadian corporation; MAXIMUS, INC., a Virginia corporation; FIRSTASSIST INSURANCE SERVICES LIMITED, a foreign business entity form unknown; NORFOLK MOBILITY BENEFITS INC., a Canadian corporation; MOBILITY SAINT HONORÉ, a French business entity form unknown; QBE INSURANCE GROUP LIMITED, a foreign business entity, form unknown; ROYAL AND SUN ALLIANCE INSURANCE COMPANY OF CANADA, a foreign business entity form unknown; MERCUR ASSISTANCE, a foreign business entity form unknown; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. CV09-3627 PSG (AJWx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Trial Date:   None Set |

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER

Having considered parties' Stipulated Protective Order, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulated Protective Order is the order of this Court.

DATED: October_8, 2009                    /s/

By:_____
Honorable Andrew J. Wistrich

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1069932.1