GLENN E. SOLOMON (State Bar No. 155674)
E-Mail: gsolomon@health-law.com
DEVIN M. SENELICK (State Bar No. 221478)
E-Mail: dsenelick@health-law.com
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

Attorneys for Plaintiff Cedars-Sinai Medical Center

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDARS-SINAI MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>GLOBAL EXCEL MANAGEMENT INC., a Canadian corporation; MAXIMUS, INC., a Virginia corporation; FIRSTASSIST INSURANCE SERVICES LIMITED, a foreign business entity form unknown; NORFOLK MOBILITY BENEFITS INC., a Canadian corporation; MOBILITY SAINT HONORÉ, a French business entity form unknown; QBE INSURANCE GROUP LIMITED, a foreign business entity, form unknown; ROYAL AND SUN ALLIANCE INSURANCE COMPANY OF CANADA, a foreign business entity form unknown; MERCUR ASSISTANCE, a foreign business entity form unknown; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. CV09-3627 PSG (AJWx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Trial Date: June 28, 2011 |

1090108.1

[PROPOSED] ORDER RE FIRST AMENDED STIPULATED PROTECTIVE ORDER

1  Having considered parties' First Amended Stipulated Protective Order, and
2  good cause appearing therefor,
3  IT IS HEREBY ORDERED that the First Amended Stipulated Protective
4  Order is the order of this Court.
5
6  DATED:  December _15, 2010
7
8  By: _____/S/_____
9  Hon. ANDREW J. WISTRICH
   U.S. MAGISTRATE JUDGE

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181